UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE CRUMP,

       Plaintiff,

  v.

Sgt. Officer TREVELYON JONES, *et al.*,

       Defendants.
_____/

No. C-11-4533 EMC (pr)

**ORDER DENYING MOTION TO LIFT STAY**

    Plaintiff has sent a letter to the Court requesting that the stay of this action be lifted so that he may file another amended complaint. This action for damages for false arrest and malicious prosecution has been stayed since October 6, 2011 under the *Heck* rule. The Court ruled in 2011 that the claims could not go forward because they would implicate the validity of pending criminal proceedings. *See* Docket # 11 at 3 (citing *Heck v. Humphrey*, 512 U.S. 477 (1994), and *Wallace v. Kato*, 127 S. Ct. 1091 (2007). Although Plaintiff apparently wants to resume litigating this action, he has not shown that the criminal charges against him have been dismissed or otherwise invalidated. He has not shown a reason to lift the *Heck* stay. Accordingly, the motion to lift the stay is **DENIED**. (Docket # 15.)

    IT IS SO ORDERED.

Dated: July 1, 2014

                                                  EDWARD M. CHEN
                                                  United States District Judge